# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHIRLEY SYRUS                                                                                          PLAINTIFF

v.                                       No. 4:17CV00247 JLH

CENTRAL DEFENSE SECURITY – LR                                                          DEFENDANT

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice, with the parties to bear their own costs.

IT IS SO ORDERED this 20th day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE